UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR237 |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| 1)ISIDRO GARCIA AGUILAR | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED** and this matter is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Isidro Garcia Aguilar only.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

**Signed: November 7, 2005**

Lacy H. Thornburg
United States District Judge